# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CHRISTIAN COLLADO** | : | **NO. 24-207-2** |

## ORDER

**NOW**, this 24th day of July, 2025, upon consideration of the Government's Motion to Dismiss Indictment and Quash Arrest Warrant (Doc. No. 30), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The indictment is **DISMISSED** without prejudice.

2. The warrant issued for the arrest of defendant is **QUASHED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.